IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE GOMEZ,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**SANDERS, et al.,**<br><br>                              Defendants. | Case No. 2:13-CV-0480-GEB-CMK<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

   The Court, having considered Defendants' request for a fourteen-day extension of the dispositive motion, and good cause appearing:

   **IT IS HEREBY ORDERED** that Defendants have until August 7, 2017, to file a dispositive motion.

Dated:  July 26, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

# DECLARATION OF SERVICE BY U.S. MAIL

**Case Name:** *Gomez v. Sanders, et al.*
**Case No.:**  **2:13-CV-0480-GEB-CMK**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **July 24, 2017**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Jose R. Gomez - K-56294
California Health Care Facility - Stockton
P.O. Box 31960
Stockton, CA 95213

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 24, 2017**, at Sacramento, California.

| D. Kulczyk | */s/ D. Kulczyk* |
|---|---|
| Declarant | Signature |