# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GOMEZ,  No. 2:13-CV-0480-GEB-CMK-P

    Plaintiff,

  vs.  ORDER

SANDERS, et al.,

    Defendants.

_____ /

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions for additional time to file a response to defendant's motion for summary judgment (Docs. 62, 64, 66). Good cause appearing therefor, the requests will be granted. Plaintiff may file a response within 30 days of the date of this order.

    In addition, plaintiff has filed another motion for appointment of counsel (Doc. 63). However, it appears this motion crossed in the mail with the court's denial of his prior request. This second request appears to be the exact same motion, filed a second time. As such, the motion will be denied as duplicative.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for additional time to file a response to defendant's motion for summary judgment (Docs. 62, 64, 66) are granted;

2. Plaintiff shall file an opposition to the pending motion for summary judgment within 30 days from the date of this order; and

3. Plaintiff's request for the appointment of counsel (Doc. 63) is denied as duplicative.

DATED: December 13, 2017

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE